Certificate Number: 15111-MIE-DE-037373773

Bankruptcy Case Number: 23-30148



15111-MIE-DE-037373773

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2023</u>, at <u>8:51</u> o'clock <u>PM EDT</u>, <u>Libby Tinkle</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date: <u>April 24, 2023</u>

By: <u>/s/Rafia Yaqoob for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>